THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,  Respondent,
 v.
 Michael Jones, Appellant.
 
 
 

Appeal From Greenville County
D. Garrison Hill, Circuit Court Judge
Unpublished Opinion No. 2008-UP-683
Submitted December 1, 2008  Filed
 December 10, 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Michael Jones appeals his convictions of possession
 with intent to distribute crack cocaine and possession with intent to
 distribute crack cocaine within a half mile of a school or church.  Jones
 argues the trial court erred by failing to admonish the solicitor for allowing
 a witness to comment on Jones post-arrest silence.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Jones appeal
 and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
ANDERSON,
 HUFF, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.